**Order entered September 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00907-CV

**IN THE INTEREST OF T.A., A CHILD**

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 16-00556-W-304**

## ORDER

On September 13, 2017, we abated the appeal in the above referenced cause and ordered the trial court to make findings including whether any hearings conducted in this case were recorded and, if so, the date by which the reporter's record would be filed. The next day, the official court reporter for the 304th Juvenile District Court filed the reporter's record in this case. Because the reporter's record has been filed, we **VACATE** our order that the trial court make findings and **REINSTATE** this appeal.

We **ORDER** that, should appellant wish to file an amended brief on appeal, the amended brief, if any, must be filed on or before October 9, 2017. Appellee's brief is due to be filed on or before October 30, 2017.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andrea Martin Presiding Judge, 304th Juvenile District Court; Martha Grant, court

reporter, 304th Juvenile District Court; and to counsel for all parties.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE